| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Singleton Food Services, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
58-1975089

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 772 Maddox Drive<br>Suite 136<br>Ellijay, GA 30540 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Gilmer | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor __Singleton Food Services, Inc._____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Singleton Food Services, Inc.**                                                  Case number (*if known*)
Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Singleton Food Services, Inc.**  Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  3, 2018**
              MM / DD / YYYY

**X** **/s/ J. Edward Singleton, Jr.**                              **J. Edward Singleton, Jr.**
Signature of authorized representative of debtor          Printed name

Title  **Chairman, CEO**

**18. Signature of attorney**

**X** **/s/ Scott B. Riddle, Esq.**                      Date  **November  3, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Scott B. Riddle, Esq.**
Printed name

**Law Office of Scott B. Riddle, LLC**
Firm name

**Suite 1800 Tower Place**
**3340 Peachtree Road NE**
**Atlanta, GA 30326**
Number, Street, City, State & ZIP Code

Contact phone  **404-815-0164**       Email address  **scott@scottriddlelaw.com**

**604855 GA**
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

```
Advanced Disposal of North GA
PO Box 743019
Atlanta, GA 30374-3019


American Express
PO Box 650448
Dallas, TX 75265-0440


American Self Storage
167 Hefner St
Ellijay, GA 30540


Amicalola Electric Membership
544 Highway 515 South
Jasper, GA 30143


Audi Financial Services
PO Box 5215
Carol Stream, IL 60197


Blue Ridge Mountain EMC
PO Box 9
Young Harris, GA 30582-0009


BMW Bank of North America
P.O. Box 78066
Phoenix, AZ 85062-8066


CALHOUN UTILITES
700 West Line Street
Calhoun, GA 30701-7910


Capital One
PO Box 71083
Charlotte, NC 28272
```

```
Cherokee County Health Dept
1130 Bluff's Parkway
Canton, GA 30114


Cherokee County Tax Commission
2780 Mareitta Hwy
Canton, GA 30114


Cintas
PO Box 630910
Cincinnati, OH 45263


City of Ball Ground
P.O. Box 285
Ball Ground, GA 30107


City of Blairsville Tax Dept
PO Box 307
Blairsville, GA 30514-0307


City of Blairsville Water
PO BOX 307
Blairsville, GA 30514


City of Canton Utilities
PO Box 4848
Kennesaw, GA 30144-0026


City of Fairmount
PO Box 705
Fairmount, GA 30139-0705


City of Helen
P O Box 280
25 Apenrosen Strasse
Helen, GA 30545
```

City of Hiawassee  
50 River Street  
Hiawassee, GA 30546

City of Jasper  
200 Burnt Mt. Road  
Jasper, GA 30143

City of Waleska Water Auth  
8891 Fincher Road  
Waleska, GA 30183

Civic SE Fire Protection  
5475 Creek Indian Trail  
Douglasville, GA 30135

Classic Wash  
106A Travelers Rest Road  
Jasper, GA 30143

Classic Wash, LLC  
106A Travelers Rest Rd.  
Jasper, GA 30143

Clay Co. Water & Sewer  
PO Box 838  
Hayesville, NC 28904

Cliff Bradshaw Jr.  
2581 Upper Bell Rd  
Hiawassee, GA 30546

Cliff Bradshaw, Jr.  
2581 Upper Bell Rd.  
Hiawassee, GA 30546

```
CNA
P.O Box 790094
Saint Louis, MO 63179-0094



CNA Deductible Recovery Group
P.O. Box 6065 - 02
Hermitage, PA 16148-1065



Constellation Energy
PO Box 5472
Carol Stream, IL 60197-5472



Daddison Inc.
881 Jackson Trail Rd
Jefferson, GA 30549



Drew Eckl & Farnham LLP
303 Peachtree St NE
Ste 3500
Atlanta, GA 30308-3263



DTT Surveillance
1755 North Main St.
Los Angeles, CA 90031



Ellijay Storage
1325 Orchard Rd.
Ellijay, GA 30540



Ellijay Water Authority
1023 Progress Rd.
Ellijay, GA 30540



ETC
PO Box 2149
Ellijay, GA 30540
```

```
Fannin County Health Dept
P.O. Box 387
Blue Ridge, GA 30513



Fannin County Tax Commissioner
400 W MAIN ST. SUITE 103
Blue Ridge, GA 30513-8593



First Bankcard
PO Box 2818
Omaha, NE 68103-2818



First National Bank of Omaha
PO Box 2818
Omaha, NE 68103-2818



Frontier
PO Box 740407
Cincinnati, OH 45274-0407



FWH
Attn: ROSANNE HOAGLAND
325 Sub Way
Milford, CT 06461



Georgia Department of Revenue
ARCS Bankruptcy
1800 Century Blvd, Ste 9100
Atlanta, GA 30345-3202



Georgia Power
96 Annex
Atlanta, GA 30396-0001



Georgia Sales & Use Tax Div
P.O. Box 105296
Roswell, GA 30076
```

```
Gilmer County Tax Commissioner
1 Broad St. Ste. 105
Ellijay, GA 30540-9045



Gordon County Health Dept.
310 N. River Street
Calhoun, GA 30701



Gordon County Tax Commissioner
PO Box 337
Calhoun, GA 30703-0337



HERITAGE PROPANE
PO Box  547
Blairsville, GA 30512



Humana Claims
P.O.Box 14635
Lexington, KY 40512-4635



Icee Company
PO Box 515723
Los Angeles, CA 90051-5203



Internal Revenue Service
Centralized Insolvency Oper
PO Box 7346
Philadelphia, PA 19101-7346



Jeff Lance
2086 Hornage Rd
Ball Ground, GA 30107



Marjette McDonnell
2300 Dellwood Drive NW
Atlanta, GA 30305
```

```
Michael Rogers
P.O. Box 1047
Hayesville, NC 28904



Mountain Stream Center
P.O.B. 148
Hayesville, NC 28904



Mountain Stream Center, LLC
PO Box 148
Hayesville, NC 28904



MSA
PO Box 4119
Chattanooga, TN 37405



NC Dept of Revenue
P O Box 25000
Raleigh, NC 27640-0002



NuCO2
PO Box 417902
Boston, MA 02241-7902



Orkin
PO Box 638898
Cincinnati, OH 45263-8898



OWEN SECURITY SOLUTIONS
209 SOUTH WALL STREET
Calhoun, GA 30701



PFG Miltons
3501 Old Oakwood Rd
Oakwood, GA 30566
```

```
Piazza Enterprises
21 SW Palm Cove Dr
Palm City, FL 34990



Piazza Enterprises LLC
21 SW Palm Cove Drive
Palm City, FL 34990



Pickens Co. Tax Commissioner
1266 E Church St, Suite 112
Jasper, GA 30143



Pickens County Health Dept
1266 E. Church Street
Jasper, GA 30143



Quinn Group
5855 Jimmy Carter Blvd.
Ste 210
Norcross, GA 30071



Raining K's LLC
446 Kelhorn Rd.
Blairsville, GA 30512



Raining K's, LLC
446 Kelhorn Rd
Blairsville, GA 30512



Roswell Trade Center LLC
725 Upper Hembree Rd
Roswell, GA 30076



Roswell Trade Center, LLC
725 Upper Hembree Rd
Roswell, GA 30076
```

```
Santek Waste Services
P.O. Box 180600
Chattanooga, TN 37406-1749


Satya Magal
526 Blue Ridge Crossing
Evans, GA 30809


Satya Mangal Ellijay, LLC
526 Blue Ridge Crossing
Evans, GA 30809


Soaring Eagle Cherokee Inv
1175 Hornage Rd
Ball Ground, GA 30107


Soaring Eagle Cherokee Invest.
1175 Hornage Rd
Ball Ground, GA 30107


State Farm Insurance Co
P O Box 588002
North Metro, GA 30029-8002


Talismark
1000 Primera Blvd Suite 2150
Lake Mary, FL 32746


Think Utility Services Inc.
PO Box 17389
Clearwater, FL 33762-0389


Towns County Health Department
1104 Jack Dayton Cir
Young Harris, GA 30582
```

```
Tri State Electric
P.O. Box 68
Mc Caysville, GA 30555



Tri State Hearing& Air
PO Box 1295
Blue Ridge, GA 30513



Tri State Heating & Air
P.O. Box 1295
Blue Ridge, GA 30513



Turbo Technicians
16506 Westgrove Dr
Addison, TX 75001



TurboChef Technologies Inc.
Six Concourse Parkway Ste 1900
Atlanta, GA 30328



Twin Towers Trading
5 Shaws Cove
Ste 203
New London, CT 06320



Twin Towers Trading Site Mgmen
5 Shaw's Cove, Suite 203
New London, CT 06320



Union County Tax Commissioner
114 Courthouse St Box 3
Blairsville, GA 30512



United Community Bank
558 Industrial Blvd.
Ellijay, GA 30540
```

```
Verison Wireless
PO Box 408
Newark, NJ 07101



WELCH WALKER & ASSOCIATES CPA
489 HIGHLAND CROSSING STE 208
Ellijay, GA 30540



White County Health Dept
1241 Helen Hwy., Unit 210
Cleveland, GA 30528



White County Tax Commissioner
113 North Brooks St
Cleveland, GA 30528



Windstream
1720 Galleria Blvd
Charlotte, NC 28270



Windstream
P.O. Box 9001908
Louisville, KY 40290-1908



WJUL Radio, LLC
1352 MAIN ST., SUITE 6
Young Harris, GA 30582
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Singleton Food Services, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Singleton Food Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 3, 2018**  
Date

**/s/ Scott B. Riddle, Esq.**  
**Scott B. Riddle, Esq.**  
Signature of Attorney or Litigant  
Counsel for **Singleton Food Services, Inc.**  
Law Office of Scott B. Riddle, LLC  
Suite 1800 Tower Place  
3340 Peachtree Road NE  
Atlanta, GA 30326  
404-815-0164 Fax:404-815-0165  
scott@scottriddlelaw.com