UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SINGLETON FOOD SERVICES, INC. ) | CHAPTER 11 |
| ) | CASE NO. 18-22157 |
| Debtor. ) | |

### STATEMENT REGARDING AUTHORITY TO
### SIGN AND FILE PETITION

I, J. Edward Singleton, Jr., declare under penalty of perjury that I am the Chairman and CEO of Singleton Food Services, Inc., a Georgia corporation, and that on the 26th day of October 2018 the following resolution was adopted:

> "Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Code;
>
> Be it therefore resolved, that J. Edward Singleton, Jr., Chairman and CEO, is authorized and directed to execute and deliver all documents necessary to perfect the filing of the Chapter 11 voluntary bankruptcy case on behalf of the Company;
>
> Be it further resolved that J. Edward Singleton, Jr. is authorized and directed to appear in all bankruptcy

proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be it further resolved that Singleton Food Services, Inc. and J. Edward Singleton, Jr. are authorized to employ the Law Office of Scott B. Riddle, LLC and Scott B. Riddle, Esq. to represent the Company in such bankruptcy case."

Executed on October 26, 2018

Signed:/S/_____ (original signature on file)
       J. Edward Singleton, Jr.
       Chairman