UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SINGLETON FOOD SERVICES, INC. ) | CHAPTER 11 |
| ) | CASE NO. 18-22157 |
| Debtor. ) | |

### APPLICATION FOR EMPLOYMENT OF ATTORNEYS
### FOR DEBTOR-IN-POSSESSION

COMES NOW Singleton Food Services, Inc ("Debtor"), the Debtor-In-Possession in the above-captioned Chapter 11 case, and respectfully state as follows:

### JURISDICTION & VENUE

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

1.

Debtor filed a voluntary Petition for Relief under 11 U.S.C. Chapter 11 on October 31, 2018 and has continued in possession of its property and the management of its affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 & 1108.

2.

Debtor desires to employ the Law Office of Scott B. Riddle, LLC and Scott B. Riddle, Esq. ("Riddle") as its attorneys herein. Said attorneys are admitted to practice in this Court, have knowledge and experience in bankruptcy practice, and are well qualified to represent Debtor.

3.

In the administration of this proceeding, the professional services that said attorneys will be required to render are:

(a) To advise Debtor with respect to its rights, powers, duties, and obligations as a Debtor-In-Possession in the administration of this case, the operation of its business, and the management of its property;

(b) To prepare pleadings, applications, and conduct examinations incidental to administration;

(c) To advise and represent Debtor in connection with all applications, motions, or complaints for reclamation, adequate protection, sequestration, relief from stays, appointment of a trustee or examiner, and all other similar matters;

(d) To develop the relationship of the status of Debtor-in- Possession to the claims of creditors in these proceedings;

(e) To advise and assist the Debtor-in-Possession in the formulation and

presentation of a Plan of Reorganization pursuant to chapter 11 of the Bankruptcy Code and concerning any and all matters relating thereto; and

(f) To perform any and all other legal services incident and necessary herein.

4.

To the best of Debtor's knowledge, other than set forth above, said attorneys represent no interest adverse to the Debtor-in-Possession or its estate in the matters upon which they are to be engaged for Debtor, and their appointment will be in the best interest of these estate.

5.

Prior to the filing of this case, Debtor provided $20,000.00 for legal services rendered on its behalf, both before and after the filing of the Chapter 11 petition, the remaining portion of which is currently held as a retainer. Debtor also paid $1,717.00 for the Chapter 11 filing fee for the case.

6.

Debtor has agreed to compensate Riddle at his standard hourly billing rate of $350.00 per hour for legal services rendered or to be rendered on its behalf in contemplation of, and in connection with, said proceedings.

7.

Debtor desires to employ Riddle at his standard hourly rate for comparable work, plus reasonable expenses, subject to review by the Court.

8.

Debtor shows that the affidavit of Scott B. Riddle is attached hereto as Exhibit "A" and incorporated by reference herein.

WHEREFORE, Debtor prays:

(a)     That it be authorized to retain and employ the Law Office of Scott B. Riddle, LLC and Scott B. Riddle as its attorneys to render the professional services required in connection with this proceeding in accordance with the general retainer terms and projected billing procedure outlined herein; and

(b)     That the Court grant whatever relief is equitable, just and proper under these premises.

This 3rd day of November 2018.

/s/ _____
J. Edward Singleton, Jr., Chairman
Singleton Food Services, Inc

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SINGLETON FOOD SERVICES, INC. ) | CHAPTER 11 |
| ) | CASE NO. |
| Debtor. ) | |

**DECLARATION OF SCOTT B. RIDDLE IN SUPPORT OF APPLICATION OF DEBTOR FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS**

I, Scott B. Riddle, declare under penalty of perjury as follows:

1.

I am the managing member of the Law Office of Scott B. Riddle, LLC. This Declaration is offered in support of the Application of the Debtor in the above-styled case to employ the Law Office of Scott B. Riddle, LLC as the Debtor's attorney (the "Application") and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2.

I do not, and have not, represented any interest adverse to the Debtor, nor have I had any connections with the Debtor, its creditors, any party in interest or their respective attorneys or accountants except as set out in the Application.

5

3.

I have no partner, associate or other employee who is related to any Judge of the United States Bankruptcy Court for the Northern District of Georgia.

4.

I have no agreement to share any compensation or reimbursement under 11 U.S.C. § 503(b) with any other person, other than as identified in the Application.

5.

I am duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts.  I have substantial experience in practice before the United States District Court for the Northern District of Georgia, and other state and federal courts.  Among other experience, I served as a law clerk for the Honorable W. H. Drake, Jr., and was associated for several years in the Bankruptcy Section of Troutman Sanders, LLP prior to starting my own law firm.  I have represented several Chapter 11 Debtors in this district.

6.

Employment of this firm as attorneys for the Debtor would be appropriate under 11 U.S.C. § 1103(b) and Bankruptcy Rules 2014 and 5002.

_____/S/_____<br>
Scott B. Riddle, Esq.

## CERTIFICATE OF SERVICE

This is to certify that I have caused this day to be served a true and correct copy of the foregoing **Application for Employment of Attorneys** by depositing same in United States Mail in a properly addressed envelope with adequate postage thereon to:

Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 3rd day of November 2018.

_____/S/_____
Scott B. Riddle, Esq.