# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 18-22157-JRS |
| SINGLETON FOOD SERVICES, INC.,) | |
| ) | CHAPTER 11 |
| CO-DEBTORS. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Jon David W. Huffman, Dustin L. Crawford, and Scott B. McMahan, of Poole Huffman, LLC, file this Notice of Appearance and Request for Notices for Hope Thomas, on behalf of herself and all other opt-in plaintiffs in the case of Hope Thomas, on behalf of herself and others similarly situated v. Singleton Food Services, Inc. d/b/a Subway and J. Edward Singleton, Jr., in the United States District Court for the Northern District of Georgia, Gainesville Division, Civil Action No.: 2:17-cv-00090-RWS, creditors and parties in interest in the above-styled case, and hereby request receipt of all notices and orders entered in this case.

Respectfully submitted this the 7th day of November 2018.

                                           POOLE HUFFMAN, LLC
                                         */s/ Scott B. McMahan*
                                         Jon David W. Huffman
                                         Georgia Bar No. 937966
                                         Dustin L. Crawford
                                         Georgia Bar No. 758916
                                         Scott B. McMahan

>
> Georgia Bar No. 706240
> 3562 Habersham at Northlake
> Building J, Suite 200
> Tucker, Georgia 30084
> Tel:  (404) 373-4008
> Fax:  (888) 709-5723
> jondavid@poolehuffman.com
> dustin@poolehuffman.com
> scott@poolehuffman.com
> Attorneys for Hope Thomas, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** using the CM/ECF system, which will automatically send email notification of such filing to the following:

>David S. Weidenbaum
>United States Trustee
>
>Scott B. Riddle
>Debtor's Attorney

This the 7th day of November 2018.

>POOLE HUFFMAN, LLC
>*/s/ Scott B. McMahan*
>Jon David W. Huffman
>Georgia Bar No. 937966
>Dustin L. Crawford
>Georgia Bar No. 758916
>Scott B. McMahan
>Georgia Bar No. 706240
>3562 Habersham at Northlake
>Building J, Suite 200
>Tucker, Georgia 30084
>Tel:  (404) 373-4008
>Fax:  (888) 709-5723
>jondavid@poolehuffman.com
>dustin@poolehuffman.com
>scott@poolehuffman.com
>Attorneys for Hope Thomas, et al.

3